No. 01–7918.   IN RE COTHRUM.   Petition for writ of mandamus and/or prohibition denied.

No. 01–788.   COOPER, AKA WADUD v. HVASS, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS.   C. A. 8th Cir. Certiorari denied.

No. 01–893.   HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA v. CITY OF NAPA ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 01–933.   CHAPIN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 01–955.   BAYNARD v. ALEXANDRIA CITY SCHOOL BOARD. C. A. 4th Cir.   Certiorari denied.

No. 01–1059.   MATZ v. HOUSEHOLD INTERNATIONAL TAX REDUCTION INVESTMENT PLAN.   C. A. 7th Cir.   Certiorari denied.

No. 01–1062.   ROBERTS ET UX. v. CARDINAL SERVICES, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 01–1065.   PATEL v. CITY OF EVERMAN ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 01–1066.   BAILLON CO. v. PORT AUTHORITY OF THE CITY OF ST. PAUL.   Ct. App. Minn.   Certiorari denied.

No. 01–1071.   BOOTH v. MINDEN BANK & TRUST CO. ET AL. Ct. App. La., 2d Cir.   Certiorari denied.

No. 01–1073.   FORD ET AL. v. GACS, INC., ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 01–1085.   DEMARCO v. UNIVERSITY OF NORTH CAROLINA ET AL.   C. A. 4th Cir.   Certiorari denied.